UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-01775-TLN-KJN |
|---|---|
| | No. 2:23-cv-01776-TLN-KJN |
| | No. 2:23-cv-01777-TLN-KJN |
| | No. 2:23-cv-01778-TLN-KJN |
| | No. 2:23-cv-01779-TLN-KJN |
| | No. 2:23-cv-01780-TLN-KJN |
| | No. 2:23-cv-01781-TLN-KJN |
| | No. 2:23-cv-01782-TLN-KJN |
| | No. 2:23-cv-01783-TLN-KJN |
| | No. 2:23-cv-01784-TLN-KJN |
| | **ORDER** |

    Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the
2 complaints/petitions filed in the cases listed in the caption above.  The Court finds the
3 complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's
4 Alameda County conviction.
5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01775, 2:23-cv-01776, 2:23-cv-
6 01777, 2:23-cv-01778, 2:23-cv-01779, 2:23-cv-01780, 2:23-cv-01781, 2:23-cv-01782, 2:23-cv-
7 01783 and 2:23-cv-01784 are DISMISSED; the Clerk of the Court is directed to close these cases;
8 no further filings will be accepted in any of the above referenced cases.
9 Date:  September 11, 2023

Troy L. Nunley
United States District Judge